IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RICK R. RUBY, et al.                                                          PLAINTIFFS

v.                                    4:10CV00137GTE/JTK

CO WRIGHT, et al.

DEFENDANTS

MEMORANDUM AND ORDER

On March 24, 2010, this Court entered an Order denying plaintiff Ruby's motion to

proceed in forma pauperis, and directing both plaintiffs Ruby and Carter to pay the $350 filing

fee or file  applications to proceed in forma pauperis, together with the necessary financial

information, within thirty days of the date of the Order (Doc No. 5).  The Court further advised

plaintiffs that failure to file such in accordance with the Court's directions would result in the

dismissal without prejudice of the complaint.   The copies of the March 24, 2010 Order which

were mailed to plaintiffs at their last known addresses were returned to Sender on April 1, 2010,

and April 5, 2010 (Doc. Nos. 8, 9). As of this date, plaintiffs have not paid the filing fee or filed

applications to proceed in forma pauperis, or otherwise corresponded with this Court.

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and

Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel
> to promptly notify the Clerk and the other parties to
> the proceedings of any change in his or her address,
> to monitor the progress of the case and to prosecute
> or defend the action diligently . . . . If any communi-
> cation from the Court to a pro se plaintiff is not
> responded to within thirty (30) days, the case may be
> dismissed without prejudice. . . .

In light of plaintiffs' failure to respond to this Court's March 24, 2010 Order, the Court will dismiss the complaint without prejudice.  Accordingly,

IT IS, THEREFORE, ORDERED that this complaint is DISMISSED without prejudice.

An appropriate Judgment shall accompany this Memorandum and Order.

IT IS SO ORDERED this 27th day of April, 2010.


　/s/ Garnett Thomas Eisele_____
United States District Judge